

Michael J. COLLINS, Plaintiff–
Appellant,

v.

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,
Defendant–Appellee.

No. 01–1560.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2002.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Danny L. EYTCHESON,
Sr., Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 01–3290.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Richard L. CONN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 01–3312.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Troy L. LEWIS, Sr., Petitioner,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.

No. 01-3341.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Hakan LANS, Plaintiff–Appellant,

v.

DELL COMPUTER CORPORATION, Defendant–Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

Acer America, Inc., Defendant–Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

AST Research Corp., Defendant–Appellee.